NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW GARRY,                              )
                                           )
            Appellant,                     )
                                           )
v.                                         )        Case No. 2D18-61
                                           )
DEUTSCHE BANK NATIONAL                     )
TRUST COMPANY,                             )
                                           )
            Appellee.                      )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Pasco
County; Kimberly Sharpe Byrd, Judge.

Matthew Garry, pro se.

Douglas Sargent and J. Brotman of
Locke Lord LLP, West Palm Beach, for
Appellee.


PER CURIAM.


            Affirmed.


LaROSE, C.J., KELLY, and SALARIO, JJ., Concur.